51,903-03

October 19, 2015

Office of The Clerk
ABEL ACOSTA, Clerk
P. O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

MOTION DENIED
DATE: 10-28-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

RE: Writ No. 51,903-03

Dear Clerk:

Please file and bring to the attention of the Honorable Court of Criminal Appeals.

Respectfully,

Johnny Sloan, Jr.
McConnell Unit #1004291
3001 S. Emily Dr.
Beeville, Texas 78102

# IN THE COURT OF CRIMINAL APPEALS
## AT
## AUSTIN, TEXAS

JOHNNY SLOAN, JR.,  
      Appellant,

V.

THE STATE OF TEXAS  
      Respondent.

WRIT NO: 51,903-03  
TRIAL NO: W00-01283-Q(A)

## MOTION FOR RECONSIDERATION
## BY A PANEL OF JUDGES

TO THE HONORABLE JUSTICE'S OF COURT OF CRIMINAL APPEALS:

NOW COMES Johnny Sloan, Jr., Appellant (hereinafter Appellant) with this his Motion for Reconsideration by a Panel of Judges and, in support thereof, Appellant Proffers the following facts:

### I.
### JURISDICTION AND AUTHORITY

This Honorable Court of Criminal Appeals has Proper jurisdiction and Authority over the parties and subject matter claimed herein, Pursuant to Article 11.07, Code of Criminal Procedures.

### II.
### STATEMENT OF FACTS

1. On September 2013, Applicant filed his Supplement Application for Writ of Habeas Corpus.

-1-

2. On September 30, 2013, the Trial Court Filed Order Designating Issues Stating, " The Court having reviewed Applicant Johnny Sloan, Jr.'s amended application for Writ of habeas corpus filed Pursuant to Texas Code of Criminal Procedure article 11.07, finds that there are controverted, Previously unresolved facts material to the legality of Applicant's restraint that require resolution."

"The Court appoints Michael Mowla, attorney, address 603 N. Cedar Ridge Suite 100, Duncanville, Texas 75116, to resolve the issues and Prepare Findings of facts and Conclusions of law for the Court."

3. On January 2014, the State filed it's First Supplemental Response to Application for Writ of Habeas Corpus, Stating, " The State recognizes that further evidence regarding defense Counsel's representation may be needed. To that end, the State request that this Court (Trial Court) gather evidence by requesting an affidavit from Applicant's trial attorney, Mr. Paul Johnson, which Provides the information needed to dispose of Applicant's claims."

4. On March 20, 2015, Applicant Submitted Motion for Leave to filed Application for Writ of Mandamus, requesting the Honorable Court of Criminal Appeals Order the trial Court to respond to applicant writ of habeas Corpus.

5. On ~~September 15~~ August 10, 2015, the Court of Criminal Appeals received application for 11.07 Writ of Habeas Corpus without resolution of Applicant unresolved issues.

-2-

6. On September 7, 2015, the Court of Criminal Appeals denied without written order the application for Writ of habeas Corpus on the findings of the trial Court without a hearing.

7. Appellant Contends that his claims are both Credible and colorable; that Claims lay unresolved. The Court did abuse its discretion in denying Applicant "one bite of the apple" 11.07 application; and the Court has rendered an inaccurate ruling.

## III.
## ARGUMENTS

Appellant brings forth his request for Motion for Reconsideration by a Panel of Judges under the provisions of Article 11.07, C.C.P., and Pleads that the Court recognize that this Proceeding involves a question of exceptional importance as outlined in 11.07, Section 3(d) and Section 8.

Appellant is at a loss as to what Claim he could further Present to validate his Position. Surely the Court agrees that:

1). Appellant has a Constitutional Right to Due Process;
2). Appellant has a Constitutional Right to Effective Assistance of Counsel;
3). Appellant has a Constitutional Right to rely on the veracity of the law; and
4). That a well-founded question which indicates that

-3-

the ORDER DESIGNATING ISSUES was worthy of the attention of this Court of Criminal Appeals.

Appellant suffered Prosecution and Convictions in a trial by Jury where he was denied Due Process and Ineffective Assistance of Counsel. Thereby, violating his Sixth and Fourteenth Amendments to the United States Constitution, the Statues, and clearly defined Supreme Court and Federal laws.

Appellant urges the Honorable Court of Criminal Appeals to hold a Reconsideration by a Panel of Judges, to Consider these matters as a Panel. The records and evidence will surely attest to the fact that Appellant should be entitled to have habeas issues resolved, as Applicant made a "Credible Showing."

Signed this 19th day of October, 2015.

Respectfully, Submitted,

Johnny Sloan, Jr.
McConnell Unit #1004291
3001 S. Emily Dr.
Beeville, Texas 78102

DECLARATION

I, Johnny Sloan, Jr., declare under Penalty of Perjury that the foregoing document is true and Correct to the best of My Knowledge.

Johnny Sloan, Jr.

-4-